THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWEST TRUSTEE SERVICES, INC.,<br><br>    Defendants,<br><br>and<br><br>WELLS FARGO BANK, N.A.; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; U.S. BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST CO.; CITIBANK, N.A.; FEDERAL HOME LOAN MORTGAGE CORPORATION; HSBC BANK USA, N.A.; HSBC MORTGAGE SERVICES, INC.; THE BANK OF NEW YORK MELLON CORPORATION,<br><br>    Garnishees. | CASE NO. 2:17-mc-00157 JLR<br><br>(2:17-cv-01686-JLR)<br><br>DECLARATION OF MELISSA HUELSMAN IN SUPPORT OF UNITED STATES' *EX PARTE* APPLICATION FOR PREJUDGMENT WRIT OF GARNISHMENT |

I, Melissa Huelsman, having personal knowledge of the facts contained in this declaration and being competent to testify to them, hereby state as follows:

1. I am an attorney licensed to practice law in Washington State, focusing on the area of consumer law.

2. My practice has included litigating numerous cases against Northwest Trustee Services, Inc. ("NWTS") alleging wrongful foreclosure over the course of many years, and I continue to have active cases against NWTS.

3. In my cases against NWTS, NWTS has exclusively been represented by its affiliated law firm, Routh Crabtree & Olsen Legal, P.S. ("RCO Legal") and/or its predecessor entities.

4. In recent years, I have witnessed NWTS's business declining, which has appeared to be a result of losing key personnel. Most importantly, in 2015, Lance Olsen left RCO Legal to work for a different law firm and he took key personnel from NWTS with him to the new firm. Prior to that time, according to information provided to me by employees and former employees of NWTS and RCO Legal through the years, Mr. Olson had been a key driver of business to NWTS and RCO Legal.

5. I learned recently that NWTS and RCO Legal were planning to go out of business. As a result, litigation being handled by RCO Legal in representing third party clients has been handed off to another law firm. In those cases in which RCO Legal represented NWTS in litigation, the Notices of Withdrawal that my firm has received to date indicate that NWTS' representation will be handled by "General Counsel, 13555 SE 36th St. Suite 300, Bellevue, WA 98006."

6. On December 1, 2017, in response to an e-mail to Joshua Schaer at RCO Legal regarding one of my cases, my law firm received an auto-reply message stating that "All offices of RCO Legal, P.S. have now closed," and providing contact information beginning on December 1, 2017. I have been advised by Mr. Schaer, subsequent to that email, that Janaya Carter is still working in the offices of RCO Legal, but I have not personally communicated with her. I am also unaware of the identity of the "General Counsel" of RCO Legal, as I have never dealt with any lawyer using that title to date.

7. Based on my experience with NWTS, RCO Legal, and other similar foreclosing trustee operations, it is my expectation that, once the business is shut down, the owners of NWTS will liquidate the company's assets and/or seek bankruptcy protections. Two other significant foreclosing trustee companies who operated in Washington and in other states, Regional Trustee Services, Inc. ("Regional Trustee") and Cal-Western Reconveyance ("Cal-Western"), engaged in similar activities. Cal-Western was owned and operated in conjunction with another affiliated law firm, Pite Duncan, LLP by a larger corporate entity known as Prommis Holdings, Inc. In March 2013, Prommis filed a Chapter 11 bankruptcy and in May 2013, it was in the process of completing the sale of the Cal-Western assets to Butler & Hosch, a law firm from Florida who provided foreclosure services. On June 26, 2013 Cal-Western was added to the Prommis bankruptcy filing, apparently in order to complete its sale to Butler & Hosch. All cases filed against Cal-Western were stayed by the bankruptcy filing, including one in which I was involved on behalf of clients that was at the Washington Court of Appeals and which eventually had to be dismissed because of the sale of assets through the bankruptcy.

8. Similarly, Regional Trustee announced suddenly in June 2014 that it had sold all of its assets to Butler & Hosch and that a receivership had been opened in the King County Superior Court in order to administer its debts. All of my clients with pending claims against Regional Trustee had them essentially eliminated through the receivership.

9. By May 2015, Butler & Hosch collapsed and suddenly closed its doors, leading to a bankruptcy filing and eventual surrender of the founding partner's law license in Florida, as well as litigation against it by various creditors and former employees. The non-judicial foreclosure business that had been conducted by Cal-Western (and which, according to press reports, constituted the "assets" that Butler & Hosch acquired) is now being handled by the new iteration of the affiliated law firm, Aldridge Pite, which came into existence on June 24, 2015 and Pite Duncan, LLP ceased to exist on August 26, 2015.

10. The non-judicial foreclosure work ("assets") that Regional Trustee used to perform in Washington state, including what appears to be the only foreclosing trustee in

Washington who conducts non-judicial foreclosures on behalf of Ocwen Servicing, LLC is now being performed by a new foreclosing trustee company that is owned and controlled by the principals of the law firm that used to exclusively represent Regional Trustee, Robinson Tait. The name of that entity is North Cascade Trustee Services, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2017.

*s/ Melissa Huelsman*
Melissa Huelsman, Esq.