CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
                    Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>NORTHWEST TRUSTEE SERVICES, INC.,<br><br>                Defendant,<br><br>  and<br><br>BANK OF AMERICA, N.A,<br><br>                Garnishee. | CASE NO. 2:17-mc-00157 JLR<br><br>(2:17-cv-01686-JLR)<br><br>PREJUDGMENT WRIT OF CONTINUING GARNISHMENT |

To Garnishee named in the caption above:

1.    An Order to Issue a Prejudgment Writ of Continuing Garnishment against all property, except "earnings" (as defined by 28 U.S.C. § 3002(6)), in which Defendant/Debtor Northwest Trustee Services, Inc. (Defendant/Debtor) has a substantial nonexempt interest, and which is in your possession, custody, or control, has been entered by this Court, pursuant to 28 U.S.C. §§ 3104 and 3205. The United States asserts a claim for a debt against Defendant/Debtor totaling at least $523,797.07. Accordingly, the amount of Defendant/Debtor's property subject to this Writ of Garnishment is limited to $523,797.07.

2.    You (each Garnishee) are required by law to Answer in writing, under oath, within ten (10) days, whether you have in your custody, control, or possession, any property in which the

UNITED STATES' PREJUDGMENT
WRIT OF CONTINUING GARNISHMENT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Defendant/Debtor has a substantial nonexempt interest, excluding "earnings" as defined by 28 U.S.C. § 3002(6). **Please provide your Answer using the form "Answer of the Garnishee" that accompanies this Writ.**

3. You must file your original Answer to this Writ of Garnishment with the United States District Court Clerk for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, WA 98101, within ten (10) days of your receipt of this Writ.

4. Additionally, you must serve a copy of your Answer to this Writ (1) upon the Defendant/Debtor, Northwest Trustee Services, Inc., at its last known address, 13555 SE 36th St., Ste. 100, Bellevue, WA 98006, and (2) upon the United States Attorney for the Western District of Washington, Attention: Kyle Forsyth, 700 Stewart Street, Suite 5220, Seattle, Washington 98101.

5. Pursuant to this Writ, you shall immediately withhold and retain all property, except "earnings" (as defined by 28 U.S.C. § 3002(6)), in which the Defendant/Debtor has a substantial nonexempt interest or for which you are or may become indebted to the Defendant/Debtor, pending further order of this Court. Notwithstanding the immediately preceding sentence, the amount of Defendant/Debtor's nonexempt property you withhold or retain pursuant to this Writ of Garnishment shall not exceed $523,797.07.

6. Under the law there may be property that is exempt from this Writ of Continuing Garnishment. Property that may be exempt and thus not subject to this Writ of Garnishment is listed in the accompanying "Claim for Exemption Form."

7. If you fail to Answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Defendant/Debtor's non-exempt property that you failed to withhold. It is unlawful to pay or deliver to the Defendant/Debtor any property that is subject to this Writ.

UNITED STATES' PREJUDGMENT
WRIT OF CONTINUING GARNISHMENT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 11th day of December 2017.

William M McCool
Clerk, U.S. District Court

By: /s/ Cynthia Allain
Deputy Clerk

Presented by:

/s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
E-mail: kyle.forsyth@usdoj.gov

*Attorney for the United States of America*

UNITED STATES' PREJUDGMENT
WRIT OF CONTINUING GARNISHMENT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970